IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 5:20-CV-089 |
| 131.00 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND MARTHA HAYNES, | § § § § § § | |
| *Defendants.* | § | |

_____

**DISCLOSURE OF INTERESTED PARTIES**
_____

NOW COMES the United States of America and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. The United States of America

2. All parties listed in Schedule G in the Declaration of Taking (Docket. No. 2).

                                              Respectfully submitted,

                                              **RYAN K. PATRICK**
                                              United States Attorney
                                              Southern District of Texas

By:   *s/ Alexander N. DerGarabedian*
        **ALEXANDER N. DERGARABEDIAN**
        Assistant United States Attorney
        Southern District of Texas No. 3381593
        New York Bar No. 5103577
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone: 956-992-9380
        Facsimile: (956) 618-8016
        E-mail: alexander.dergarabedian@usdoj.gov
        **Attorney in Charge for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a true and correct copy of the foregoing Disclosure of Interested Parties on the parties remaining in this case by first-class U.S. mail, postage prepaid, on June 9, 2020.

                                          By:    *s/ Alexander N. DerGarabedian*
                                                        **ALEXANDER N. DERGARABEDIAN**
                                                        Assistant United States Attorney